IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-507-D

| | | |
|---|---|---|
| ADAM D'ALESSANDRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NORTH CAROLINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On October 15, 2014, plaintiff filed a motion [D.E. 9] for an extension of time to file objections to the October 3, 2014 Memorandum and Recommendation ("M&R") [D.E. 6]. Plaintiff states that because of his current incarceration, he is unable to file objections to the M&R. Plaintiff has filed a motion for a temporary restraining order [D.E. 10] and a motion and request for discovery [D.E. 14]. The motion for an extension of time to file objections to the M&R is granted in part and denied in part. Plaintiff shall file his objections to the M&R not later than January 5, 2015. No further extensions will be granted. The motion for a temporary restraining order [D.E. 10] and the motion requesting discovery [D.E. 14] are baseless and are DENIED.

SO ORDERED. This 16 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge